**Leon SIMMONS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44546.**

Missouri Court of Appeals,
Western District.

Oct. 15, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 1991.

David S. Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM:

Appeal from dismissal of Rule 29.15 motion for post-conviction relief as untimely filed.

Judgment affirmed. Rule 84.16(b).